AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

LABORERS' PENSION FUND AND LABORERS'
WELFARE FUND OF THE HEALTH AND
WELFARE DEPARTMENT, ETC., ET AL.,

V.

Five Star Concrete, Inc., also d/b/a
5 Star Concrete, Inc.

CASE NUMBER: **08 C 931**

ASSIGNED JUDGE:

DESIGNATED MAGISTRATE JUDGE:

**JUDGE KENDALL
MAGISTRATE JUDGE NOLAN**

TO: (Name and address of Defendant)

Five Star Concrete, Inc., also d/b/a
5 Star Concrete, Inc.
c/o Kevin P. Gosewich, Registered Agent
9944 S. Roberts Road, Suite 201
Palos Hills, IL  60465

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Patrick T. Wallace, Jerrod Olszewski
Christina Krivanek, Amy N. Carollo, Charles Ingrassia
Office of Fund Counsel
111 W. Jackson Blvd., Suite 1415
Chicago, IL  60604

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

*(signature)*

(By) DEPUTY CLERK

February 14, 2008

Date

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **LABORERS' PENSION FUND; ET AL** <br><br> PLAINTIFF(S) <br><br> vs. <br><br> **FIVE STAR CONCRETE, INC., D/B/A 5 STAR CONCRETE, INC.** <br><br> DEFENDANT(S) | COURT DATE: <br><br> Case No. <br> **08 C 931** <br><br><br> AFFIDAVIT OF SERVICE OF: <br> **SUMMONS & COMPLAINT** |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On **Feb 18, 2009**, at **10:14 AM**, I served the above described documents upon **FIVE STAR CONCRETE, INC., D/B/A 5 STAR CONCRETE, INC.** as shown below:

**CORPORATE SERVICE** was made by leaving a true and correct copy of the documents with **KEVIN P. GOSEWICH / REGISTERED AGENT**, an officer, managing agent or authorized agent of the within named company.

Said service was effected at **9944 S. ROBERTS RD., STE 201, PALOS HILLS, IL 60465.**

**DESCRIPTION:** Gender: **M**   Race: **WHITE**   Age: **42**   Hgt: **6'1"**   Wgt: **185**   Hair: **BROWN**   Glasses: **NO**

I declare under penalties of perjury that the information contained herein is true and correct.

*[signature]*

Robert Harenberg, Lic #: 117-001119
Judicial Attorney Services, Inc.
2100 Manchester Rd., Ste 900
Wheaton, IL 60187
(630) 221-9007

SUBSCRIBED AND SWORN to before me this 19th day of February, 2008

*Joan C. Harenberg*

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/13/09

NOTARY PUBLIC

CLIENT NAME:
Laborers Pension and Welfare Funds*
FILE #:

ORIGINAL PROOF OF SERVICE

TRACKING #
36609