## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| **LABORERS' PENSION FUND and LABORERS' WELFARE FUND OF THE HEALTH AND WELFARE DEPARTMENT OF THE CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY, and JAMES S. JORGENSEN, Administrator of the Funds,** | ) ) ) ) ) ) ) ) | |
| **Plaintiffs,** | ) | **Case No.: 08-C-931** |
| v. | ) ) | **Judge Kendall** |
| **FIVE STAR CONCRETE, INC., an Illinois corporation, also d/b/a 5 STAR CONCRETE, INC.,** | ) ) ) ) | |
| **Defendant.** | ) | |

### NOTICE OF VOLUNTARY DISMISSAL

NOW COME Plaintiffs, Laborers' Pension Fund and Laborers' Welfare Fund of the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity and James S. Jorgensen, Administrator of the Funds, by and through their attorneys, Patrick T. Wallace, and hereby file this Notice of Voluntary Dismissal dismissing this matter without prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

Date: April 1, 2008                                                     Respectfully submitted,
                                                                                     Laborers' Pension Fund, et al.


                                                              By:     /s/ Patrick T. Wallace

Office of Fund Counsel
Laborers' Pension and Welfare Funds
111 West Jackson, Suite 1415
Chicago, IL  60604
(312) 692-1540

**CERTIFICATE OF SERVICE**

The undersigned certifies that he caused a copy of the foregoing Notice of Voluntary Dismissal to be served upon the following person, via U.S. Mail, this 1st day of April 2008.

>Five Star Concrete, Inc., also d/b/a
>5 Star Concrete, Inc.
>c/o Kevin P. Gosewich, Registered Agent
>9944 S. Roberts Road, Suite 201
>Palos Hills, IL  60465

/s/ Patrick T. Wallace