UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Laborers' Pension Fund, et al.
                              Plaintiff,

v.                                               Case No.: 1:08–cv–00931
                                                               Honorable Virginia M. Kendall

Five Star Concrete, Inc.
                              Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 1, 2008:

      MINUTE entry before Judge Honorable Virginia M. Kendall: The Court approves and enters Plaintiff's Notice of Voluntary Dismissal [12]. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), this action is hereby dismissed without prejudice. All pending deadlines and hearings are stricken. Civil case terminated. Mailed notice. (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.